UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROXANE CARDENAS,<br><br>               Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>               Defendant. | CASE NO. EDCV 10-256 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: August 3, 2011

                                                ALICIA G. ROSENBERG<br>
                                   UNITED STATES MAGISTRATE JUDGE